

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2019

No. 04-19-00780-CV

**STONEBROOK MANOR SNF LLC** d/b/a Advanced Rehabilitation & Healthcare of Live Oak,
Appellant

v.

Leticia **MENDOZA,** Individually and on behalf of the Estate of Hector Chacon, Deceased,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-11033
Honorable Aaron Haas, Judge Presiding

## O R D E R

The trial court clerk and the court reporter notified this court that the clerk's record and the reporter's record were not filed because appellant failed to pay or make arrangements to pay the fees for preparing the records and appellant is not entitled to appeal without paying the fees.

We ordered that appellant provide written proof to this court within ten (10) days that either (1) the fees had been paid or arrangements had been made to pay the fees, or (2) appellant is entitled to appeal without paying the fees. We advised appellant of the consequences of failing to respond within the time provided. *See* TEX. R. APP. P. 37.3(b), (c).

On November 27, 2019, appellant responded to our order and provided written proof that it has paid the clerk's fee and the reporter's fee. Accordingly, the trial court clerk and the court reporter are ORDERED to file the clerk's record and the reporter's record, respectively, within thirty (30) days of the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2019.



MICHAEL A. CRUZ,
Clerk of Court